# United States Court of Appeals
## For the First Circuit

No. 07-1218

ESSO STANDARD OIL CO. (PUERTO RICO),

Plaintiff, Appellee,

v.

CARLOS W. LÓPEZ-FREYTES, in his personal and
official capacities as President of the Puerto Rico
Environmental Quality Board; FLOR DEL VALLE-LÓPEZ, in her
official capacity as Associate Member of the Puerto Rico
Environmental Quality Board; ANGEL BERRÍOS-SILVESTRE, in his
official capacity as Associate Member of the Puerto Rico
Environmental Quality Board; NORMAN VELÁZQUEZ-TORRES, in his
official capacity as Attorney of the Puerto Rico
Environmental Quality Board,

Defendants, Appellants.

ERRATA SHEET

The opinion of this Court issued on April 10, 2008, is
amended as follows:

On page 25, line 14:  "defendants assertions" should be
"defendants' assertions"